**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-6737**

───────────

RONALD FLOYD JACKSON,

Plaintiff - Appellant,

versus

WILLIAM R. DAVIS; BRYANT L. HAM; CHARLES C.
MCLENDON; ANTHONY DAVIS,

Defendants - Appellees,

and

JENNIFER HYDUKE; DONNA ODOM STUBBS; BETTY H.
HARRIS; RICHARD J. BURNETTE; FRED STUBBS;
CHARLES E. FOLEY; ROBERT T. KING; CARROLL
GRAY; ADRIAN WILSON; JOE MASTRANGELO; LARRY C.
BATSON; ROBERT WARD; MICHAEL MOORE; ROGER
MARTIN; LUCINDA HODGE; DOUGLAS CATOE,

Defendants.

───────────

Appeal from the United States District Court for the District of
South Carolina, at Florence. Patrick Michael Duffy, District Judge.
(CA-97-1034-4-23)

───────────

Submitted: October 26, 2000      Decided: November 17, 2000

───────────

Before WILKINS, MICHAEL, and MOTZ, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

Ronald Floyd Jackson, Appellant Pro Se. William Ansel Collins, Jr., SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ronald Floyd Jackson appeals the district court's order denying his motion for relief from the district court's judgment dismissing this civil action for failure to effect service of process. See Fed. R. Civ. P. 12(b)(5). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm. See NOW v. Operation Rescue, 47 F.3d 667, 669 (4th Cir. 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED